Case 5:20-cv-00023-DJN   Document 2   Filed 03/30/20   Page 1 of 6   Pageid#: 4

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/30/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
DEPUTY CLERK

(Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Virginia__

__Harrisonburg__ Division

Federal Question:

__Cedrick Evran Draper__, pro se, unrepresented
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

US.

Government Defeat:
Agency:
__United States District Court for Western
District of Virginia, Harrisonburg Division
       serve: Judge Dillion, E.K.__
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

-v-

Case No. __5:20-cv-00023__
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Cedrick Draper |
   | Street Address | PO Box 144 |
   | City and County | Lynchburg Campbell County |
   | State and Zip Code | Virginia 24505 |
   | Telephone Number | 276 806 4958 |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Government Defendant United States District Court for the Western District of VA, Harrisonburg Division  Serve: Judge Dillon
- Job or Title (if known): Government District Court
- Street Address: 116 North Main Street
- City and County: Harrisonburg  Augusta County
- State and Zip Code: Virginia  22802
- Telephone Number: 540-434-3181
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*[handwritten annotations:]* * Other personal Injury statute Test * Injunction by judicial procedure error * Injunction by withheld misrepresentation of the court under filed day of case versus 27th date filed within feb 2020. * Section 152 * Rule 60. Misrepresentation by Government statue * Judical Review by Original Proceeding - 5:20-cv-00015 for court error * 1450 of Document courts

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Harrisonburg Division is where rise to claim occurred to jurisdiction of Defendant.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

① Facts - The initial filed date of the original proceeding 5:20-cv-00015 versus received by mail versus visible upon computer view of the US District Court is where the claim rises

② Facts
* Check the record Lynchburg Division office

Date: 02/24/2020   Time: 3:30 - 5:00 PM

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

④ Facts - Case was proclaimed filed on 27th February 2020 but received before that date to the court and withheld from actual filed date subject to received mail to Harrisonburg Division Court.

Ⓑ Facts - ① I went to closest court to check on case; case information was not visible 2/24/20
② I mail back summons which does not appear on the list of file documents to the case; the Court sent the summons by mail; I file with all information to re-mail.
③ The Clerk Deputy of the Court received all filed information by mail to withhold actual document by received and summons re-mailed never appeared Date/Time on the case documents / listings

**IV. Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. ☀ Other personal injury by Court's Abuse and/or misrepresentation of judicial procedure.

Facts ① By courts intentional abuse and failure of the judicial procedure injunctive to remedy relief is requested to cover the court fees to proceed and extra, any define mailing fees subject to what already mailed to the court is net credit up to $10 to $13 dollars by postage and encul. service to the Harrisonburg court.

**V. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

✶ Relief
✶ Remedy Injunctive Relief by courts fees to proceed by original matters and attorney appointed fees
✶ Mailing and postage by all process service to the court

Demand $1,500

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/13/2020

Signature of Plaintiff     *Cedrick Evron Draper*

Printed Name of Plaintiff

### B. For Attorneys

Date of signing: _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code        _____
Telephone Number          _____
E-mail Address            _____