CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/7/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

CEDRIC DRAPER,
   *Pro se* Plaintiff,

v.                                    Civil No. 5:20cv023 (DJN)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF VIRGINIA,
   Defendant.

## ORDER

This matter comes before the Court on *pro se* Plaintiff's "Motion for Voluntary Nonsuit" (ECF No. 24), which the Court interprets as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Based on Plaintiff's representation that he wishes to dismiss his claims so that he may investigate them further, the Court hereby DISMISSES WITHOUT PREJUDICE all claims by Plaintiff against Defendant. Because Plaintiff voluntarily dismisses his claims, the Court hereby DENIES AS MOOT Defendant's Motion to Dismiss the Amended Complaint (ECF No. 19).

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically, forward a copy to *pro se* Plaintiff and notify all counsel of record.

It is so ORDERED

              /s/
       David J. Novak
       United States District Judge

Richmond, Virginia
Dated: October 6, 2020